BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
SARAH K. HAMILTON (SBN 238819)
shamilton@constangy.com
STACY LALL (SBN 271485)
slall@constangy.com
DONGYING ZHANG (SBN 352944)
dzhang@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone: (415) 918-3000

*Attorneys for Defendant*
FRONTIER MANAGEMENT LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIA HAZEL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COGIR MANAGEMENT USA INC., a Delaware corporation; FRONTIER MANAGEMENT LLC, an Oregon limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-CV-03425-TLN-SCR<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO REMAND**<br><br>Complaint Filed: August 7, 2025<br>Removal Date:   November 25, 2025<br>Trial Date:        None Set |

Plaintiff Tia Hazel ("Plaintiff"), Defendant Cogir Management USA Inc. ("Cogir"), and Defendant Frontier Management LLC ("Frontier") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

## **STIPULATION**

WHEREAS, on December 23, 2025, Plaintiff filed her Motion to Remand. ECF No. 15.

WHEREAS, on December 23, 2025, the Court issued a minute order vacating the January 29, 2026 hearing and ordering briefing to be filed in accordance with Local Rule 230(c) and (d). ECF No. 18.

WHEREAS, given the upcoming holidays, the parties stipulated to propose a modified briefing schedule under which:

1. The deadline for any Opposition to the Motion to Remand is January 13, 2026; and
2. The deadline for any Reply in Support of the Motion to Remand is January 23, 2026.

WHEREAS, by entering into this Stipulation, the Parties agree that this Stipulation constitutes only a special appearance on behalf of Defendants; and that Plaintiff will not assert a waiver of Defendants' right to assert all defenses including any challenge to jurisdiction based on the Parties' agreement reflected in this Stipulation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. The deadline for any Opposition to the Motion to Remand is January 13, 2026; and
2. The deadline for any Reply in Support of the Motion to Remand is January 23, 2026.

Dated: December 29, 2025                    LAWYERS FOR JUSTICE, PC

By: /s/ Alex L. Larrabee (as authorized on 12/29/25)
    Alex L. Larrabee
    Attorneys for Plaintiff Tia Hazel

Dated: December 29, 2025          CALL & JENSEN, A Professional Corporation

By: /s/ Chris C. Scheithauer (as authorized on 12/24/25)
    Chris C. Scheithauer
    Attorneys for Defendant
    Cogir Management USA Inc.

Dated: December 29, 2025          CONSTANGY, BROOKS, SMITH & PROPHETE LLP

By: /s/ Stacy Lall
    Stacy Lall
    Attorneys for Defendant
    Frontier Management LLC

**ORDER**

Having considered the Stipulation and [Proposed] Order Modifying Briefing Schedule on Motion to Remand, and finding good cause to grant the request, the Court hereby GRANTS the parties' stipulation as follows:

1. The deadline for any Opposition to the Motion to Remand is January 13, 2026; and

2. The deadline for any Reply in Support of the Motion to Remand is January 23, 2026.

IT IS SO ORDERED.

DATED: December 29, 2025

_____
Troy L. Nunley
Chief United States District Judge