Carolyn Hunt Cottrell (SBN 166977)
Esther L. Bylsma (SBN 264208)
Helen M. You (SBN 329057)
**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
ebylsma@schneiderwallace.com
hyou@schneiderwallace.com

*Attorneys for Plaintiff and the putative Class*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

TIA HAZEL, individually, and on behalf of other members of the general public similarly situated;

Plaintiff,

vs.

COGIR MANAGEMENT USA INC., a Delaware corporation; FRONTIER MANAGEMENT LLC, an Oregon limited liability company; and DOES 1 through 100, inclusive;

Defendants.

Case No. 2:25-cv-03425-TLN-SCR

*[Judge: Troy L. Nunley]*

**JOINT STIPULATION AND ORDER TO MODIFY INITIAL SCHEDULING ORDER (ECF NO. 6)**

Complaint Filed: August 7, 2025
Removal Date: November 25, 2025
Trial Date: None Set

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff TIA HAZEL ("Plaintiff") and Defendants COGIR MANAGEMENT USA, INC. ("Cogir") and FRONTIER MANAGEMENT LLC ("Frontier" and with Cogir collectively referred to herein as "Defendants"), by and through their undersigned attorneys, hereby stipulate as follows:

## RECITALS

**WHEREAS**, on August 7, 2025, Plaintiff filed the above-captioned action in the California Superior Court, County of Sacramento (ECF No. 4-1);

**WHEREAS**, on November 25, 2025, Frontier removed the above-captioned action to this Court, the United States District Court for the Eastern District of California (ECF No. 1);

**WHEREAS**, on November 25, 2025, the Court entered an Initial Pretrial Scheduling Order (ECF No. 6);

**WHEREAS**, on December 23, 2025, Plaintiff filed a Motion to Remand (ECF No. 15);

**WHEREAS**, on July 7, 2026, Cogir reached a proposed class action settlement in *Alma Rosa Rodriguez, et al. v. Cogir Management USA, Inc.,* pending in the California Superior Court, County of Sacramento, Case No. 25CV010769 ("the *Rodriguez* Action");

**WHEREAS**, after the matter was fully briefed (ECF Nos. 22, 24), on September 15, 2026, the Court denied Plaintiff's Motion to Remand (ECF No. 26);

**WHEREAS**, on November 5, 2026, the plaintiffs in the *Rodriguez* Action filed a Motion for Preliminary Approval of the proposed class action settlement and disclosed its full terms to Plaintiff and Frontier;

**WHEREAS**, Cogir contends that all pending claims asserted against it in this matter has been resolved by the *Rodriguez* Action;

**WHEREAS**, Frontier contends that it may be a released party under the settlement agreement in the *Rodriguez* Action and in other actions;

**WHEREAS**, in consideration of the recency of the Court's Order denying Plaintiff's Motion to Remand and the pending class action settlement in the *Rodriguez* Action, the parties met and conferred on between November 5, 2026, and the present, regarding the current case schedule;

**WHEREAS**, the parties agree that, in consideration of the foregoing, good cause exists to modify the Initial Scheduling Order (ECF No. 6) to track the date of the Court's Order denying Plaintiff's Motion to Remand instead of the date of removal.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

1) The parties jointly request that the current Initial Scheduling Order (ECF No. 6), section III. Discovery, be modified such that all fact discovery shall be completed no later than three hundred and sixty-five (365) days from the date of the Court's Order denying Plaintiff's Motion to Remand, September 15, 2026.

2) The parties jointly request the Court set a Rule 16(b) Conference at a time convenient for the Court.

**IT IS SO STIPULATED.**

//

//

//

Date: November 19, 2026

**SCHNEIDER WALLACE COTTRELL KIM LLP**

By: */s/ Carolyn H. Cottrell*
Carolyn Hunt Cottrell
Esther L. Bylsma
Helen M. You

*Attorneys for Plaintiff and the putative Class*

Date: November 19, 2026

**CALL & JENSEN, APC**

By: */s/ Chris C. Scheithauer*
John T. Egley
Chris C. Scheithauer
Alex M. Harrison

*Attorneys for Defendant Cogir Management USA, Inc.*

Date: November 19, 2026

**CONSTANGY, BROOKS, SMITH PROPHETE, LLP**

By: */s/ Dongying Zhang*
Barbara I. Antonucci
Sarah K. Hamilton
Stacy Lall
Dongying Zhang

*Attorneys for Defendant Frontier Management LLC*

**ORDER**

The Court has reviewed and considered the Parties' Joint Stipulation to Modify the Initial Scheduling Order (ECF No. 6), and therefore orders that:

**1)** The Initial Pretrial Scheduling Order (ECF No. 6), section III. Discovery, is modified such that all fact discovery shall be completed no later than three hundred and sixty-five (365) days from the date of the Court's Order denying Plaintiff's Motion to Remand filed on September 15, 2026. **All other deadlines set forth in the Initial Pretrial Scheduling Order shall remain unchanged and shall be calculated from the close of discovery.**

**IT IS SO ORDERED**.

Dated: November 20, 2026

Troy L. Nunley
Chief United States District Judge